# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 12, 2014

## NO. 03-13-00629-CV

**Kappa Alpha Order, Inc.; Omicron Chapter of Kappa Alpha Order;
he Alumni Receivership Committee for the Omicron Chapter of Kappa Alpha Order;
and H. Robert Hohenberger, Jr., Appellants**

**v.**

**UT Texas Omicron, Inc.; and UT Texas Omicron Educational Corporation, Appellees**

**APPEAL FROM 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment signed by the district court on May 29, 2013. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.